IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:09-CR-1-2H

UNITED STATES OF AMERICA,

v.

BRUCE WAYNE MILLER,

Defendant.

**ORDER**

This matter is before the court on defendant's motion to correct sentence. The judgment in defendant's case included $900 in court-ordered restitution. Defendant believes this is in error, as there were two co-defendants who are also responsible for the $900 in restitution.

Defendant is correct that two of his co-defendants are also responsible for the $900 in restitution, in that they were held to be jointly and severally liable. However, defendant misunderstands the meaning of joint and several liability. Joint and several liability means that each judgment defendant is responsible or liable for the entire amount of the judgment. It does not, as defendant argues, mean that the court should order each defendant to pay $300.

Because defendant's motion is without merit, it is hereby DENIED.

This 31ST day of October 2011.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26

2