```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                    SOUTHERN DIVISION

                    No. 7:09-CR-1-2H
                    No. 7:16-CV-137-H
```

BRUCE WAYNE MILLER,            )
    Petitioner,            )
                           )
                           )
    v.                     )            **ORDER**
                           )
                           )
UNITED STATES OF AMERICA,      )
    Respondent.            )


This matter is before the court on petitioner's motion to vacate pursuant to 28 U.S.C. § 2255, [DE #155 and DE #157]. This matter was stayed pending the Fourth Circuit's resolution of <u>United States v. Walker</u>, 2019 WL 3756052, __ F.3d __ (4th Cir. 2019), and <u>United States v. Simms</u>, 914 F.3d 229 (4th Cir. 2019). [DE #168]. In light of the Supreme Court's resolution of <u>United States v. Davis</u>, 139 S. Ct. 2319 (2019), the stay is hereby lifted.

Petitioner is directed to file a supplement, or other appropriate filing or motion, to the § 2255 motion to vacate within twenty-one (21) days of this order. The government shall then have twenty-one (21) days to file a response, if appropriate. In the event the parties agree petitioner is entitled to § 2255

relief, they may file a joint response within twenty-one (21) days of this order, addressing the appropriate remedy in this action.

This 20th day of August 2019.

                                                  Malcolm J. Howard
                                                  Senior United States District Judge

At Greenville, NC
#35