IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

7:09-CR-1-2H
7:16-CV-137-H

| | | |
|---|---|---|
| BRUCE WAYNE MILLER, | ) | |
| Petitioner, | ) | |
| v. | ) | **ORDER** |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

This matter is before the court on petitioner's motion for reconsideration pursuant to Fed. R. Civ. P. 59(e), [DE #202], asking this court to reconsider its order and judgment, [DE #182 and #183], dismissing petitioner's motion to vacate pursuant to 28 U.S.C. § 2255.

This motion was filed untimely pursuant to Fed. R. Civ. P. 59(e). It was also filed subsequent to petitioner's filing of a notice of appeal, [DE #191], and the Fourth Circuit Court of Appeals dismissed the appeal. [DE #207].

Therefore, this motion is DENIED AS MOOT.

This 1st day of May 2020.

                                            MALCOLM J. HOWARD
                                            Senior United States District Judge

At Greenville, NC
#35