IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:09-CR-00001-2M

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRUCE W. MILLER,<br><br>Defendant. | ORDER |

This matter comes before the court on Defendant's pro se motion to "inquire . . . why the Movant is being financially forced to pay a $5,000 dollar fine and $900 dollars in restitution" [DE 232]. Defendant's judgment, a copy of which was provided to him in October 2023, was issued on March 9, 2010, by the Honorable Malcolm J. Howard and was affirmed on appeal on June 14, 2011. This court is not the Defendant's advocate and is not permitted to answer legal questions or give legal advice. *See Folkes v. Nelsen*, 34 F.4th 258, 269 (4th Cir. 2022), *cert. denied sub nom. Folkes v. Williams*, 143 S. Ct. 736, 214 L. Ed. 2d 386 (2023) (cautioning against judicial conduct that "crosses the line between jurist and advocate"); *see also Ballard v. Carlson*, 882 F.2d 93, 94 (4th Cir. 1989), *cert. denied*, 493 U.S. 1084 (1990) (while "pro se litigants are entitled to some deference from courts," that deference is not "unlimited."). Accordingly, the Defendant's motion is DENIED.

SO ORDERED this 28th day of December, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE